# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS, | Case No. 1:24-cv-00508-KES-SKO (PC) |
| Plaintiff, | |
| v. | |
| GOMEZ, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

**Michael Thomas, 2517522**, a necessary and material witness in a telephonic pre-settlement conference in this case on April 22, 2025, is confined in the Minnehaha County Jail in Sioux Falls, Idaho, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean, by telephonic-conferencing from his place of confinement, on Thursday, **April 22, 2025, at 11:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic conferencing to participate in a telephonic pre-settlement conference at the time and place above, until completion of the telephonic pre-settlement conference or as ordered by the court. (Dial-in number: 669-254-5252; meeting ID: 160 801 1115; passcode: 449390).

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Any difficulties connecting to the telephone conference shall immediately be reported to Wendy Kusamura, Courtroom Deputy, at wkursamura@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Minnehaha County Jail, 305 W. 4th St., Sioux Falls, South Dakota 57104:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, telephonic conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **April 11, 2025**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

