# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS, | Case No. 1:24-cv-00508-KES-SKO (PC) |
| Plaintiff, | |
| v. | |
| GOMEZ, et al., | **AMENDED** |
| | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

**Michael Thomas, 2517522**, a necessary and material witness in a telephonic pre-settlement conference in this case on April 22, 2025, is confined in the Minnehaha County Jail in Sioux Falls, Idaho, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean, **by Zoom video conference** from his place of confinement, on Thursday, **April 22, 2025, at 11:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **by Zoom video conference** to participate in a telephonic pre-settlement conference at the time and place above, until completion of the telephonic pre-settlement conference or as ordered by the court. **Zoom video conference connection information will be supplied via separate email**.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Any difficulties connecting to the **Zoom video** conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Minnehaha County Jail, 305 W. 4th St., Sioux Falls, South Dakota 57104:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, by Zoom video conference, until completion of the telephonic pre-settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**April 16, 2025**__   _____/s/ *Sheila K. Oberto*_____
                              UNITED STATES MAGISTRATE JUDGE

