UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>             Plaintiff,<br><br>      v.<br><br>GOMEZ, et al.,<br><br>             Defendants. | Case No.: 1:24-cv-00508-KES-SKO<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE STAY OF CASE AS MOOT**<br><br>(Doc. 38) |

Plaintiff Michael Thomas is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

## I.    BACKGROUND

On March 9, 2026, the Court issued its Order Granting Motion to Stay Action for 120 Days. (Doc. 37.) The order was served to Plaintiff at this then current address of record.

On March 30, 2026, the United States Postal Service returned the order marked "Undeliverable, Return to Sender, Not Deliverable as Addressed, Unable to Forward, Discharged to US Marshals on 2/25/26." That same date, Plaintiff filed "Plaintiff's Motion to Continue Stay of Case Until Plaintiff Receives His Legal Materials," signed and dated March 17, 2026. (Doc. 38.)

On March 31, 2026, the Clerk of the Court updated Plaintiff's address to reflect his incarceration at USP Lompoc and re-served the March 30, 2026, order to the updated address.

**II.   DISCUSSION**

Because Plaintiff was placed in the custody of the United States Marshal in late February 2026, he did not receive the Court's March 9, 2026, order granting his earlier motion to stay this action. The Clerk has since re-served that order on Plaintiff at his current address.

The 120-day stay commenced March 9, 2026. Thus, the stay of these proceedings is in effect until July 7, 2026. Plaintiff's motion to continue the stay, filed March 30, 2026, is moot.

**III.   CONCLUSION AND ORDER**

Based on the foregoing, the Court **HEREBY ORDERS** that Plaintiff's motion to continue the stay filed March 30, 2026 (Doc. 38), is **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **April 2, 2026**                                    /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE