UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>               Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>               Defendants. | Case No.: 1:24-cv-00508-KES-EGC<br><br>**ORDER LIFTING PREVIOUSLY IMPOSED STAY**<br><br>(Doc. 37)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE A DISCOVERY AND SCHEDULING ORDER** |

Plaintiff Michael Thomas is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.      RELEVANT BACKGROUND**

On March 9, 2026, the Court issued its Order Granting Motion to Stay Action for 120 Days. (Doc. 37.) Specifically, the Court stayed this action for 120 days and vacated the previously issued scheduling order, accounting for Plaintiff's pending transfer to a federal penitentiary and the receipt of his legal materials. (*Id*. at 2-3.)

The 120-day period has elapsed. Plaintiff has not sought an extension of the stay of these proceedings. Further, the Court consulted the Bureau of Prison's inmate locator tool; Plaintiff is housed at FCI Lompoc.[1]

Given the foregoing, the Court will lift the stay of these proceedings and issue a new scheduling order.

---

[1] https://www.bop.gov/mobile/find_inmate/index.jsp#inmate_results, as of 7/10/2026. Notably too, Plaintiff's address was updated to reflect he was incarcerated at FCI Lompoc as of March 31, 2026. (Docket Entry No. 39.)

## II.   CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. The previously imposed stay of these proceedings (Doc. 37) is **LIFTED**; and

2. The Clerk of the Court is **DIRECTED** to issue a Discovery and Scheduling Order in this action.

IT IS SO ORDERED.

Dated:   **July 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE